AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Claudia Newton and Brandy Leandro, on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> R.C. BIGELOW, INC. and DOES 1 through 10 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:22-cv-5660 (LDH)(SIL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   See attached Rider A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Daniella Quitt
> GLANCY PRONGAY & MURRAY LLP
> 745 Fifth Avenue, 5th Floor
> New York, NY 10151

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Brenna B. Mahoney*
CLERK OF COURT

Date:  09/22/2022

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

2:22-cv-5660 (LDH)(SIL)

## RIDER A

DEFENDANT SERVICE LIST

R.C. Bigelow, Inc.
201 Black Rock Turnpike
Fairfield, CT 06825

Does 1 Through 10
Addresses unknown